# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM MARKETING, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:19-cv-00595-MMD-WGC<br><br>**ORDER RE:**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BIG WATER INVESTMENTS, LLC TO OPPOSE SPECTRUM MARKETING GROUP, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>SPECTRUM MARKETING GROUP, LLC, an Idaho limited liability company dba SPECTRUM MARKETING, LLC, an Idaho limited liability company,<br><br>Counterdefendant. | |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BOULDER BAY REAL ESTATE LLC, a Nevada limited liability company,<br><br>Third-Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant/Counterclaimant Big Water Investments shall have an additional ten (10) days, up to and

-1-

including Thursday, January 16, 2020, to file its opposition to Plaintiff/Counterdefendant Spectrum Marketing Group, LLC's Motion to Dismiss. Big Water Investments, LLC's Opposition is currently due on January 6, 2020.

This is the parties' first request for additional time regarding this motion.

Dated: December 30, 2019.  LAW OFFICES OF AMY N. TIRRE
A Professional Corporation

By /s/ Amy N. Tirre
Amy N. Tirre, Esq., Bar No. 6523
Attorneys for Big Water Investments, LLC

DATED: December 30, 2019.  HOLLAND & HART LLP

/s/ Frank Z. LaForge
Frank Z. LaForge, Esq., Bar No.12246
Attorney for Plaintiff Spectrum Marketing, LLC

IT IS SO ORDERED.

_____

MIRANDA M. DU

CHIEF UNITED STATES DISTRICT COURT JUDGE

DATED THIS 30th day of December 2019.

-2-