LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

Attorneys for Defendant Big Water Investments, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM MARKETING GROUP, LLC, an Idaho limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No. 3:19-cv-00595-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BIG WATER INVESTMENTS, LLC TO AMEND ITS COUNTERCLAIM AGAINST SPECTRUM MARKETING GROUP, LLC**<br><br>**(FIRST REQUEST)** |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>    Counterclaimant,<br>vs.<br><br>SPECTRUM MARKETING GROUP, LLC, an Idaho limited liability company dba SPECTRUM MARKETING, LLC, an Idaho limited liability company,<br><br>    Counterdefendant. | |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>BOULDER BAY REAL ESTATE LLC, a Nevada limited liability company,<br><br>    Third-Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant/Counterclaimant Big Water Investments shall have up to and including Thursday,

-1-

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

January 16, 2020, to amend its Counterclaim against Spectrum Marketing Group, which was filed on December 2, 2019.

This stipulation is made pursuant to Federal Rules of Civil Procedure Rule 15(a)(1)(B) and is the parties' first request for additional time for Big Water Investments, LLC to amend its Counterclaim.

Dated: January 13, 2020.

LAW OFFICES OF AMY N. TIRRE
A Professional Corporation

By /s/ Amy N. Tirre
Amy N. Tirre, Esq., Bar No. 6523
Attorneys for Big Water Investments, LLC

DATED: January 13, 2020.

HOLLAND & HART LLP

/s/ Frank Z. LaForge
Frank Z. LaForge, Esq., Bar No.12246
Attorney for Plaintiff Spectrum Marketing Group, LLC

IT IS SO ORDERED.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: January 14, 2020

-2-