LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

Attorneys for Defendant Big Water Investments, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPECTRUM MARKETING GROUP, LLC, an Idaho limited liability company,<br><br>      Plaintiff,<br>vs.<br><br>BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>      Defendant. | Case No. 3:19-cv-00595-MMD-WGC<br><br>**STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE; STAY CERTAIN DEADLINES; AND EXTEND TIME TO ANSWER AMENDED COUNTERCLAIM (FIRST EXTENSION)** |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>      Counterclaimant,<br>vs.<br><br>SPECTRUM MARKETING GROUP, LLC, an Idaho limited liability company dba SPECTRUM MARKETING, LLC, an Idaho limited liability company,<br><br>      Counterdefendant. | |
| BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>      Third-Party Plaintiff,<br>vs.<br><br>BOULDER BAY REAL ESTATE LLC, a Nevada limited liability company, now known as NEVADA TAHOE BROKERS, LLC,<br><br>      Third-Party Defendant. | |

Spectrum Marketing Group, LLC ("Spectrum") and Big Water Investments, LLC ("Big

Water")[1] through their respective counsel, hereby stipulate and agree that judicial economy would be served through a court-supervised settlement conference to be scheduled as soon as possible on the court's calendar and request that Magistrate Judge William G. Cobb serve as the settlement conference judge.

Spectrum and Big Water further stipulate, agree and request that this case be stayed and that any discovery or pre-trial deadlines be suspended pending the outcome of the settlement conference.

Last, Spectrum and Big Water stipulate, agree and request that the current deadline for Spectrum to respond to Big Water's Amended Counterclaim (January 30, 2020) should also be extended. The new deadline will be 10 days from the resolution of the court-supervised settlement conference, assuming no settlement is reached. This is the first such extension, and good cause exists considering the parties' prospective participation in the settlement conference.

Dated: January 30, 2020.

LAW OFFICES OF AMY N. TIRRE
A Professional Corporation

By /s/ Amy N. Tirre
Amy N. Tirre, Esq., Bar No. 6523
Attorneys for Big Water Investments, LLC

DATED: January 30, 2020.

HOLLAND & HART LLP

/s/ Frank Z. LaForge
Frank Z. LaForge, Esq., Bar No.12246
Attorney for Plaintiff Spectrum Marketing Group, LLC

IT IS SO ORDERED.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2020.

---

[1] On January 23, 2020, Big Water filed its Notice of Voluntary Dismissal of Third-Party Complaint Against Boulder Bay Real Estate, LLC, now known as Nevada Tahoe Brokers, LLC Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Without Prejudice.

-2-