Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: 775 | 327-3000
Fax:     775 | 786-6179
fzlaforge@hollandhart.com

Attorneys for Plaintiff *Spectrum Marketing Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SPECTRUM MARKETING, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIG WATER INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Defendant.<br>_____<br>AND RELATED ACTIONS. | Case No. 3:19-cv-00595-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Spectrum Marketing, LLC, by and through its attorneys of record, Holland & Hart LLP, and Defendant, Big Water Investments, Inc., by and through its attorneys of record, Law Offices of Amy N. Tirre, APC., having reached a settlement in this matter hereby stipulate and agree to dismiss all claims, counterclaims and third-party claims against all parties with prejudice, with each party to bear its own attorney's fees and costs.

1

| | |
|---|---|
| DATED this 31st day of March, 2020. | DATED this 31st day of March, 2020. |
| /s/ | /s/ |
| Frank Z. LaForge (SBN 12246) | Amy N. Tirre (SBN 6523) |
| HOLLAND & HART LLP | LAW OFFICES OF AMY N. TIRRE, APC |
| 5441 Kietzke Lane, Second Floor | 3715 Lakeside Dr., Suite A |
| Reno, Nevada 89511 | Reno, Nevada 89509 |
| Phone: 775 \| 327-3000 | Phone: 775 \| 828-0909 |
| Fax: 775 \| 786-6179 | Fax: 775 \| 828-0914 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Spectrum Marketing Group, LLC* | *Big Water Investments, LLC* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: April 1, 2020